Decided September 15, 1998

## MICHAEL MEADOWS *v.* HARRISON S. HIGGINS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 286 (AC 17533), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the Home Improvement Act, General Statutes § 20-418 et seq., applied to the transaction between the plaintiff and the defendants?"

The Supreme Court docket number is SC 15997.

*Jerome A. Mayer*, in support of the petition.

*William A. Phillips*, in opposition.

Decided September 15, 1998